1  Victor A. Sahn (CA Bar No. 97299)
   victor.sahn@gmlaw.com
2  Alan Schindler (Colo. Bar No. 49270)
   Alan.schindler@gmlaw.com
3  **GREENSPOON MARDER LLP**
   1875 Century Park East, 19th Floor
4  Los Angeles, California 90067
   Telephone: 213.626.2311
5  Facsimile: 954.771.9264

6  Attorneys for 9300 Wilshire LLC, a Delaware Limited Liability Company

**FILED & ENTERED**

**FEB 20 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>9300 WILSHIRE, LLC, a Delaware Limited Liability Company,<br><br>      Debtor. | Case No. 2:23-bk-10918-VZ<br><br>Adversary No. 2:23-ap-01163-VZ<br><br>Chapter 11 |
| 9300 WILSHIRE, LLC, for itself and on behalf of 1112 INVESTMENT COMPANY, LLC; E.D. FLORES, LLC; 9300 WILSHIRE FEE, LLC; DAVID DROMY; 1650 VETERAN, LLC; OUTDOOR BILLBOARD COMPANY, LLC; BH KARKA LLC; 6TH STREET INVESTMENT COMPANY, LLC; 505 INVESTMENT COMPANY, LLC; SLH FUND, LLC; and PEAK ALCOTT, LLC,<br><br>      Plaintiff,<br><br>   vs.<br><br>AES-REDONDO BEACH, LLC,<br><br>      Defendant. | **ORDER DENYING MOTION OF AES-REDONDO BEACH, L.L.C.  FOR SUMMARY ADJUDICATION (Docket No. 70)**<br><br>(Complaint Filed: May 20, 2023<br>Am. Complaint Filed: August 21, 2023)<br><br>**Hearing Information:**<br><br>Date:  February 8, 2024<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>       255 East Temple Street<br>       Los Angeles, CA 90012<br><br>The Hon. Vincent P. Zurzolo |
| AES REDONDO BEACH, LLC,<br><br>      Counterclaimant,<br><br>   vs.<br><br>9300 WILSHIRE, LLC, 9300 WILSHIRE, LLC, for itself and on behalf of 1112 | |

INVESTMENT COMPANY, LLC; E.D. FLORES, LLC; 9300 WILSHIRE FEE, LLC; DAVID DROMY; 1650 VETERAN LLC; OUTDOOR BILLBOARD COMPANY, LLC; BH KARKA LLC; 6TH STREET INVESTMENT COMPANY, LLC; 505 INVESTMENT COMPANY, LLC; SLH FUND, LLC; and PEAK ALCOTT, LLC,,

Counter-Defendants.

The Court conducted the hearing on February 8, 2024 on the Notice of Motion and Motion for Summary Adjudication (Docket No. 70) ("Motion") filed by Defendant and Counterclaimant AES Redondo Beach, LLC ("AES" or "Movant") against the Plaintiffs and Counter-Defendants 9300 Wilshire LLC for itself and on behalf of 1112 Investment Company, LLC; E.D. Flores, LLC; 9300 Wilshire Fee, LLC; David Dromy; 1650 Veteran, LLC; Outdoor Billboard Company, LLC; BH Karka LLC; 6th Street Investment Company, LLC; 505 Investment Company, LLC; SLH Fund, LLC; And Peak Alcott, LLC ("Plaintiffs"). Plaintiffs and AES shall be referred to together as the "Parties." Appearing for Movant was Charles J. Malaret and Craig A. Wolfe of Morgan, Lewis & Bockius LLP. Appearing for Plaintiffs and Counter-Defendants was Alan Schindler and Victor A. Sahn of Greenspoon Marder LLC. The Court, having reviewed the Motion, the balance of the pleadings and Declarations and Exhibits filed with respect to the Motion, and having heard the argument of counsel for the Parties and having made findings of fact and conclusions of law which are on the record, and after further consideration, it is hereby:

ORDERED that the Motion is denied without prejudice, for the reasons stated by the Court at the hearing.

Date: February 20, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

PMD 56870309v1